**Antonino Eugene LYONS, Plaintiff–Appellee,**

v.

**United STATES, Defendant–Appellant.**

No. 2012–5013.

United States Court of Appeals, Federal Circuit.

Feb. 23, 2012.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**MINE O'MINE, INC., Plaintiff– Appellee,**

v.

**Michael D. CALMESE, Defendant– Appellant,**

and

**True Fan Logo, Inc., Defendant.**

No. 2012–1084.

United States Court of Appeals, Federal Circuit.

Feb. 28, 2012.

## *ORDER*

Pursuant to this court's order filed January 31, 2012,

IT IS ORDERED THAT:

The appeal is hereby transferred to the U.S. Court of Appeals for the Ninth Circuit.